**IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF PUERTO RICO**

| | |
|---|---|
| **IN RE:**<br><br>**ABRAHAM ROSARIO CIRINO**<br><br><br>**XXX-XX-2466**<br><br><br><br>**Debtor(s)** | **CASE NO. 08-07964 ESL**<br><br>**Chapter 7**<br><br><br><br>**FILED & ENTERED ON 07/09/2009** |

**NOTICE OF INTENT TO CLOSE CHAPTER 7 BANKRUPTCY CASE WITHOUT ENTRY OF DISCHARGE DUE
TO FAILURE OF DEBTOR TO FILE FINANCIAL MANAGEMENT COURSE CERTIFICATE**

Pursuant to FRBP 1007(b)(7), the Debtor's Certification of Completion of Instructional Course Concerning Personal Financial Management (Official Form 23) was due within forty-five (45) days after the date first set for the meeting of creditors in a chapter 7 case. This forty-five (45) day deadline expired on 02/02/2009, without the debtor having filed Official Form 23 with the court.

Please take notice that this bankruptcy case will be closed without entry of the discharge unless the Debtor's Certification of Completion of Instructional Course Concerning Personal Financial Management is filed within fifteen (15) days of this notice, no later than 07/24/2009. Once closed, the debtor will be required to pay a re-opening fee in order to later file the required certificate and seek the issuance of a discharge order.

San Juan, Puerto Rico, this 09 day of July, 2009.


                                                **CELESTINO MATTA-MENDEZ**
                                                  **Clerk of the Court**


                                              BY:  Rita Major
                                                     Deputy Clerk

    c:    debtor
        debtor's attorney
        trustee