IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF PUERTO RICO

IN THE MATTER OF:

CASE NO. 08-07964 ESL

ABRAHAM  ROSARIO CIRINO

Chapter 7

XXX-XX-2466

FILED & ENTERED ON 07/31/2009

Debtor(s)

**ORDER DISCHARGING TRUSTEE AND CLOSING THE CASE**

The Trustee having filed a Report of No Distribution, the Clerk having given notice of the Trustee's report, and no objections having been filed by any party in interest, including the U. S. Trustee, it is now,

**ORDERED** that the Trustee be and is hereby discharged, that the bond of the trustee be cancelled and the surety thereon released from further liability thereunder and that the estate be and is hereby closed pursuant to the provisions of Rule 5009 of the Federal Rules of Bankruptcy Procedure.

San Juan, Puerto Rico, this 31 day of July, 2009.

Enrique S. Lamoutte Inclan
U.S. Bankruptcy Judge

CC:    WIGBERTO  LUGO MENDER
       US TRUSTEE